United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-17712-elf
Marcos O Almonte                                                          Chapter 13
Mary C Almonte
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 3                  Date Rcvd: Nov 16, 2016
                             Form ID: 138NEW        Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
```
db        #+Marcos O Almonte,   1506 Lincoln Avenue,   Prospect Park, PA 19076-1917
jdb       #+Mary C Almonte,   1506 Lincoln Avenue,   Prospect Park, PA 19076-1917
13155983  +1st Financial Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
            Dallas, TX 75374-0933
13140030  +Aes/Pheaa,   1200 N 7th St,   Harrisburg, PA 17102-1419
13140029  +Aes/Pheaa,   Po Box 2461,   Harrisburg, PA 17105-2461
13140037  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:  Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13140038  +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
13140039  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
13181887   Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13140042  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13140043  +Christian Communty Cr U,   101 S Barranca Ave,   Covina, CA 91723-2814
13221500   Christian Community Credit Union,   CCCU,   225 N. Lone Hill,   San Dimas, CA 91773
13140044  +Comenity Bank/Vctrssec,   Po Box 182789,   Columbus, OH 43218-2789
13158194  +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
            Mason, OH 45040-8053
13171185  +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
13140046  +FIA Card Services,   PO Box 15019,   Wilmington, DE 19886-5019
13140047  +Firstsource Advantage, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
13140048  +Hayt, Hayt & Landau,   123 S. Broad Street,   Suite 19109,   Philadelphia, PA 19109-1003
13140049  +Hsbc/Bsbuy,   Po Box 5253,   Carol Stream, IL 60197-5253
13253314  +M&T Bank,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
            Philadelphia, PA 19106-1541
13140054  +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13175666   NCEP, LLC, assignee of UNITED DEBT,   HOLDINGS, LLC,   c o Becket and Lee LLP,   POB 3001,
            Malvern, PA 19355-0701
13140057  +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
13193833  +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13140058  +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13140062  +Pressler and Pressler, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
13140063  +Ramon M. Almonte,   1725 Norman Street,   Ridgewood, NY 11385-8110
13171859  +Sallie Mae Inc. on behalf of PHEAA,   P.O. Box 8147,   Harrisburg, PA 17105-8147
13140065  +Stoneleigh Recovery Associates, LLC,   PO Box 1479,   Lombard, IL 60148-8479
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:38     City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:24
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:58     U.S. Attorney Office,
            c/o Virginia Powel,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 02:07:15     GE Capital Retail Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
            Miami, FL  33131-1605
13140028  +E-mail/Text: bankruptcynotice@lfbusa.com Nov 17 2016 02:09:52     1st Financial Bk Usa,
            363 W Anchor Dr,   Dakota Dunes, SD 57049-5154
13185969  +E-mail/Text: bncmail@w-legal.com Nov 17 2016 02:10:40     ALTAIR OH XIII, LLC,
            C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13140036   E-mail/Text: legal@arsnational.com Nov 17 2016 02:09:48     ARS National Services, Inc.,
            P.O. Box 463023,   Escondido, CA 92046-3023
13140035  +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 17 2016 02:09:34
            Alliance One Receivable Management,   PO Box 3111,   Southeastern, PA 19398-3111
13147894   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:17:42
            American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
            Oklahoma City, OK  73126-8941
13187765   E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:07:00
            Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
            25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13140041   E-mail/Text: cms-bk@cms-collect.com Nov 17 2016 02:09:47     Capital Management Services, LP,
            698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
13155427   E-mail/Text: mrdiscen@discover.com Nov 17 2016 02:09:35     Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13140045  +E-mail/Text: mrdiscen@discover.com Nov 17 2016 02:09:35     Discover Fin Svcs Llc,
            Po Box 15316,   Wilmington, DE 19850-5316
13244256   E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2016 02:07:03
            LVNV Funding, LLC its successors and assigns as,   assignee of HSBC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
```

District/off: 0313-2          User: DonnaR          Page 2 of 3          Date Rcvd: Nov 16, 2016
                             Form ID: 138NEW       Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13140050       +E-mail/Text: bankruptcy@affglo.com Nov 17 2016 02:10:32
                Leading Edge Recovery Solutions, LLC,    5440 N. Cumberland Avenue,    Suite 300,
                Chicago, IL 60656-1486
13140051       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2016 02:07:03     Lvnv Funding Llc,
                Po Box 10497,   Greenville, SC 29603-0497
13140052        E-mail/Text: camanagement@mtb.com Nov 17 2016 02:09:48     M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
13242785        E-mail/Text: camanagement@mtb.com Nov 17 2016 02:09:48     M&T Bank,    P.O. Box 1288,
                Buffalo, New York 14240
13140053       +E-mail/Text: bknotices@mbandw.com Nov 17 2016 02:10:54     McCarthy, Burgess & Wolff, Inc.,
                26000 Canyon Road,   Bedford, OH 44146-1807
13140055       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 17 2016 02:10:29     Midland Credit Management,
                8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13140056       +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Nov 17 2016 02:07:26     Ncep Llc,
                3715 Davinci Ct Ste 200,   Norcross, GA 30092-2670
13206223        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:45:38
                Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
13140059       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:51:51
                Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13144981        E-mail/Text: bnc-quantum@quantum3group.com Nov 17 2016 02:09:51
                Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
13147054        E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:07:22
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13140064       +E-mail/PDF: pa_dc_claims@navient.com Nov 17 2016 02:07:21     Sallie Mae,    11100 Usa Pkwy,
                Fishers, IN 46037-9203
                                                                                         TOTAL: 26


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
13140032*      +Aes/Pheaa,   1200 N 7th St,   Harrisburg, PA 17102-1419
13140033*      +Aes/Pheaa,   1200 N 7th St,   Harrisburg, PA 17102-1419
13140034*      +Aes/Pheaa,   1200 N 7th St,   Harrisburg, PA 17102-1419
13140031*      +Aes/Pheaa,   Po Box 2461,   Harrisburg, PA 17105-2461
13140040*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13212302*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
13140060*      +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13140061*      +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13140066      ##+The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507
                                                                             TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
       ALEXANDRA T. GARCIA    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
       DAVID M. OFFEN    on behalf of Joint Debtor Mary C Almonte dmo160west@gmail.com,
       davidoffenecf@gmail.com
       DAVID M. OFFEN    on behalf of Debtor Marcos O Almonte dmo160west@gmail.com,
       davidoffenecf@gmail.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       MARISA MYERS COHEN    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com

                           TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Marcos O Almonte and Mary C
Almonte

        Debtor(s)                       Bankruptcy No: 13−17712−elf

                                                Chapter: 13

_____

### *NOTICE*


To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:


    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.



    3. In the absence of any objection, the Court may enter the Order of Discharge.




        For The Court

        Timothy B. McGrath
        Clerk of Court


Dated: 11/16/16