Certificate Number: 12433-PAE-DE-028430520

Bankruptcy Case Number: 13-17712


12433-PAE-DE-028430520

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2016, at 12:00 o'clock AM EST, Marcos Omar Almonte completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 1, 2016        By:    /s/Candace Jones

                              Name:  Candace Jones

                              Title: Counselor