Certificate Number: 12433-PAE-DE-028430521

Bankruptcy Case Number: 13-17712



12433-PAE-DE-028430521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2016, at 12:00 o'clock AM EST, Mary Catherine Almonte completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 1, 2016              By:    /s/Candace Jones

                                        Name:  Candace Jones

                                        Title: Counselor